No. 433. NANI v. BROWNELL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William H. Collins* and *Samuel Paige* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 434. WILSON v. CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *F. Harold Bennett, George F. Archer* and *Lloyd Fletcher* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Franklin M. Stone, O. D. Ozment* and *Robert L. Toomey* for respondent.

No. 439. CHIN BICK WAH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Alvin Landis* and *Robert B. McMillan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 443. STATE BOARD OF NATUROPATHIC EXAMINERS ET AL. v. WILSON, ATTORNEY GENERAL, ET AL. Supreme Court of Texas. Certiorari denied. *Benedict F. Fitz-Gerald, Jr.* and *John B. Olverson* for petitioners. *Will Wilson,* Attorney General of Texas, *James N. Ludlum,* First Assistant Attorney General, and *C. K. Richards* and *John Reeves,* Assistant Attorneys General, for respondents.

No. 444. MARTIN-LEBRETON INSURANCE AGENCY v. MANUFACTURERS CASUALTY INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Frank S. Normann* for petitioner.